UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al.,<br><br>    Plaintiffs,<br><br>    -against-<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | 19-cv-1704 (JSR) |
| ALASKA ELECTRICAL PENSION FUND,<br><br>    Plaintiff,<br><br>    -against-<br><br>BOFA SECURITIES, INC., et al.,<br><br>    Defendants. | 19-cv-1796 (JSR) |
| DEERFIELD BEACH MUNICIPAL FIREFIGHTERS' PENSION TRUST FUND,<br><br>    Plaintiff,<br><br>    -against-<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | 19-cv-1900 (JSR) |

| | |
|---|---|
| LINCOLNSHIRE POLICE PENSION FUND,<br><br>        Plaintiff,<br><br>    -against-<br><br>BANK OF AMERICA, N.A., et al.,<br><br>        Defendants. | 19-cv-2045 (JSR) |
| JOSEPH M. TORSELLA,<br><br>        Plaintiff,<br><br>    -against-<br><br>BANK OF AMERICA, N.A., et al.,<br><br>        Defendants. | 19-cv-2438 (JSR) |
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ALLIED WORKERS LOCAL NO. 14 PENSION AND HEALTH AND WELFARE FUNDS,<br><br>        Plaintiff,<br><br>    -against-<br><br>BANK OF AMERICA, N.A., et al.,<br><br>        Defendants. | 19-cv-2661 (JSR) |

```
---------------------------------------
DALLAS AREA RAPID TRANSIT
EMPLOYEES' DEFINED BENEFIT
RETIREMENT PLAN AND TRUST, et        19-cv-2715 (JSR)
al.,

        Plaintiffs,

    -against-

BANK OF AMERICA, N.A., et al.,

        Defendants.
---------------------------------------
UFCW LOCAL 1776 AND
PARTICIPATING EMPLOYERS
PENSION FUND,                        19-cv-2755 (JSR)

        Plaintiff,

    -against-

BANK OF AMERICA, N.A., et al.,

        Defendants.
---------------------------------------
MAYOR AND CITY COUNCIL OF
BALTIMORE,
                                     19-cv-2900 (JSR)
        Plaintiff,

    -against-

BANK OF AMERICA, N.A., et al.,

        Defendants.
---------------------------------------
                                     19-cv-1704 (JSR)
IN RE GSE BONDS ANTITRUST
LITIGATION                           ORDER
```

JED S. RAKOFF, U.S.D.J.

    Pursuant to this Court's approval of the distribution of the net settlement fund, see ECF No. 451 on the consolidated docket 19-cv-1074, the Clerk of the Court is instructed to close the dockets in each of the above-captioned cases.

    SO ORDERED.

Dated:   New York, NY

          March 2, 2022                       JED S. RAKOFF, U.S.D.J.